```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                              Case No. 18-05346-HWV
Daniel James Laughner                               Chapter 7
        Debtor                   **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: admin          Page 1 of 1          Date Rcvd: Apr 04, 2019
                            Form ID: 318         Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
```
db              +Daniel James Laughner,   156 North Center Street,   Fredericksburg, PA 17026-9703
5143878         +Credit Bureau Of York,   33 S Duke St,   York, PA 17401-1485
5143879         +Demetrios H Tsarouhis,   Tsarouhis Law Group,   21 South 9th Street - Suite 200,
                 Allentown, PA 18102-4861
5143884         +LEBANON IMAGING ASSOC PC,   2 MERIDIAN BLVD 3RD FLOOR,   Wyomissing, PA 19610-3202
5143882         +Lebanon Fcu,   300 Schneider Dr,   Lebanon, PA 17046-4811
5143883         +Lebanon Fcu/bankcard,   300 Schneider Dr,   Lebanon, PA 17046-4811
5143886         +PNC Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
5143887         +R. Scot Feeman, Esquire,   Feeman Law Offices,   815 Cumberland St #200,
                 Lebanon, PA 17042-5266
5143888          Wellspan Health,   1001 South George Street,   PO Box 15198,   York, PA 17405-7198
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5143875         +EDI: CAPITALONE.COM Apr 04 2019 23:18:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
5143876         +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 19:25:09     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
5143877         +EDI: WFNNB.COM Apr 04 2019 23:18:00     Comenity Bank/Zales,   Attn.: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
5143880         +EDI: DCI.COM Apr 04 2019 23:18:00     Diversified Consultants, Inc.,   Attn: Bankruptcy,
                 Po Box 551268,   Jacksonville, FL 32255-1268
5143881          EDI: IRS.COM Apr 04 2019 23:18:00     INTERNAL REVENUE SERVICES,
                 CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5143885         +EDI: MID8.COM Apr 04 2019 23:18:00     Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
                                                                                        TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
```
        James  Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
        Leonard  Zagurskie, Jr   on behalf of Debtor 1 Daniel James Laughner lzaglaw.usa@startmail.com,
         lzaglaw.usa@startmail.com
        Markian R Slobodian (Trustee)   PA49@ecfcbis.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Daniel James Laughner** | Social Security number or ITIN **xxx–xx–4649** |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **1:18–bk–05346–HWV**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel James Laughner

**By the court:**

*[signature: Henry W. Van Eck]*

4/4/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 1:18-bk-05346-HWV    Doc 20    Filed 04/06/19    Entered 04/07/19 00:43:07    Desc
Imaged Certificate of Notice    Page 2 of 3

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---